March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

CESAR ABREU

        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

MAG ____-CR-__20-0046__(__)(__)

Defendant __CESAR ABREU__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X** Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Cesar Abreu /DR_
_w/ permission_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**CESAR ABREU**
Print Defendant's Name

_David B. Ruhnke_
Defense Counsel's Signature

**DAVID A. RUHNKE**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/8/21
Date

_Stewart D. Aaron_
U.S. Magistrate Judge